## 62916. FREEMAN v. KEAPPLER.

QUILLIAN, Chief Judge.
Affirmed in accordance with Court of Appeals Rule 36. See Ga. L. 1956, pp. 3271, 3277 (Sec. 26).
*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED OCTOBER 26, 1981 —
REHEARING DENIED NOVEMBER 30, 1981.

*Lanier Randall,* for appellant.
*J. Robert Joiner,* for appellee.